

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00113-CV

| | | |
|---|---|---|
| ANTHONY F. VACCARO, JR., Appellant | § | On Appeal from the 236th District Court |
| v. | § | of Tarrant County (236-354720-24) |
| | § | January 8, 2026 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Anthony F. Vaccaro, Jr. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach